```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


TODD PLACE,                       :
      Plaintiff
                                  :

      vs.                         :    CIVIL NO. 1:CV-04-2106

COMMISSIONER OF SOCIAL            :       (Judge Caldwell)
SECURITY ADMINISTRATION,               (Magistrate Judge Smyser)
      Defendant                   :
```

O R D E R

AND NOW, this 4th day of October, 2005, upon consideration of the report (doc. 29) of the magistrate judge, filed September 2, 2005, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1.  The magistrate judge's report is adopted.

    2.  Plaintiff's appeal from the denial of social security benefits is denied.

    3.  The Clerk of Court shall close this file.

                                 /s/William W. Caldwell
                                 William W. Caldwell
                                 United States District Judge